■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUZ RIVERA, Appellant. [821 NYS2d 202]—

Judgment, Supreme Court, Bronx County (John P. Collins, J.), rendered March 31, 2005, convicting defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing her, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

After conducting a hearing, the court properly imposed an enhanced sentence based upon defendant's violation of the terms of a plea agreement that required her to complete a drug treatment program. The evidence established that defendant was placed in a suitable program, and that her failure to abide by the plea agreement was entirely within her control (*compare People v Feliciano*, 14 AD3d 308 [2005]; *People v Jimenez*, 307 AD2d 880 [2003]). Concur—Buckley, P.J., Saxe, Williams, Sweeny and Malone, JJ.